| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
| --- | --- | --- |
| MASON, MICHAEL T. | NORTHERN DIRICT OF ILLINOIS | 06/22/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
| --- | --- | --- |
| U.S. MAGISTRATE JUDGE [FULL] | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

219 S. DEARBORN STREET
ROOM 2270
CHICAGO, IL 60604

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | | |
| 2. | TRUSTEE | CHILDREN'S TRUST #1, CHILDREN'S TRUST #2, TRUST #1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MASON, MICHAEL T. | 06/22/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | COOK COUNTY COURT SYSTEM - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MASON, MICHAEL T. | 06/22/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MASON, MICHAEL T. | 06/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. CHILDREN'S TRUST #1 | | None | J | T | | | | | |
| 3. CHILDREN'S TRUST #2 | | None | J | T | | | | | |
| 4. MUTUAL FUND: | | | | | | | | | |
| 5. VAN KAMPEN EQUITY & INCOME | | None | M | T | | | | | |
| 6. IRA #1 | C | Int./Div. | M | T | | | | | |
| 7. COMMON STOCK: | | | | | | | | | |
| 8. IRA FIDELITY CASH ACCOUNT (X) | | None | J | T | | | | | |
| 9. PIMCO DEVELOPING LOCAL MKT D | A | Dividend | J | T | | | | | |
| 10. TCW TOTAL RETURN BOND FUND (X) | | | | | | | | | |
| 11. WESTERN ASSET COREPLUS (X) | | | | | | | | | |
| 12. ALGER FD SM CAP PTFLO A (X) | | | | | | | | | |
| 13. ASTON/RIVER ROAD SMALL CAP VALUE | A | Dividend | J | T | | | | | |
| 14. DELAWARE VALUE A (X) | | | | | | | | | |
| 15. FIDELITY SPARTAN US EQUITY INDEX ADV CLASS (X) | | | | | | | | | |
| 16. T ROWE PRICE GROWTH STOCK | A | Dividend | J | T | | | | | |
| 17. TCW DIVIDEND FOCUSED (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MASON, MICHAEL T. | 06/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TURNER MIDCAP GROWTH | A | Dividend | J | T | | | | | |
| 19. VICTORY DIVERSIFIED STOCK | A | Dividend | J | T | | | | | |
| 20. DWS REEF GLOBAL REAL ESTATE FUND (X) | | | | | | | | | |
| 21. LEUTHOLD ASSET ALLOCATION (X) | | | | | | | | | |
| 22. LISTED PRIVATE EQUITY FUND A (X) | | | | | | | | | |
| 23. MERGER FUND (X) | | | | | | | | | |
| 24. ALLIANCE DATA SYS CORP | A | Dividend | | | Buy | 04/04/11 | J | | |
| 25. | | | | | Sold | 04/11/11 | J | B | |
| 26. COMPASS DIVERSIFIED HLDGS SH BEN INT | A | Dividend | | | Buy | 01/06/11 | J | | |
| 27. | | | | | Sold | 03/02/11 | J | B | |
| 28. GUGGENHEIM OCEAN TOMO PATENT (X) | | | | | | | | | |
| 29. GUGGENHEIM RAYMOND JAMES SB-1 EQUITY (X) | | | | | | | | | |
| 30. GUGGENHEIM TF INSIDER SENTIMENT ETF (X) | | | | | | | | | |
| 31. PROSHARES SHORT RUSSELL 2000 PROSHARES | A | Dividend | J | T | Buy | 4/27/11 | J | | |
| 32. RIVERNORTH CORE OPPORTUNITY FUND (X) | A | Dividend | J | T | Sold (part) | 9/27/11 | J | A | |
| 33. TURNER QUANTITIVE BROAD MRKT EQ INSTL (X) | | | | | | | | | |
| 34. VANGUARD INDEX FDS VANGUARD TOTAL STK MK (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MASON, MICHAEL T. | 06/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DOUBLELINE TOTAL RETURN | A | Dividend | J | T | | | | | |
| 36. DREYFUS BOND MARKET INDEX | A | Dividend | J | T | | | | | |
| 37. COLUMBIA DIVIDEND OPPORTUNITY (Y) | | | | | | | | | |
| 38. COLUMBIA SELECT LARGE CAP GROWTH (X) | | | | | | | | | |
| 39. DELAWARE VALUE (X) | | | | | | | | | |
| 40. FIDELITY SPARTAN 500 INDEX | A | Dividend | J | T | | | | | |
| 41. WASATCH EMERGING MKTS SMALL CP | A | Dividend | J | T | | | | | |
| 42. WASATCH INTL OPPORTUNITIES (X) | | | | | | | | | |
| 43. WESTCORE SELECT (X) | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. IRA #2 | D | Int./Div. | N | T | | | | | |
| 46. IRA FIDELITY CASH ACCOUNT (X) | A | Dividend | J | T | | | | | |
| 47. PIMCO DEVELOPING LOCAL MKT D (Y) | | | | | | | | | |
| 48. WESTERN ASSET COREPLUS | A | Dividend | J | T | | | | | |
| 49. ALGER FD SM CAP PTFLO A | A | Dividend | J | T | | | | | |
| 50. ASTON/RIVER ROAD SMALL CAP VALUE | A | Dividend | J | T | | | | | |
| 51. CRM MID CAP VALUE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MASON, MICHAEL T. | 06/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DELAWARE VALUE A (X) | | | | | | | | | |
| 53. JANUS ADVISER FORTY (X) | | | | | | | | | |
| 54. RIVERNORTH CORE OPPORTUNITY FUND | None | J | T | | Sold (part) | 05/5/11 | J | A | |
| 55. T ROWE PRICE GROWTH STOCK (X) | | | | | | | | | |
| 56. TURNER MIDCAP GROWTH (X) | | | | | | | | | |
| 57. VICTORY DIVERSIFIED STOCK | A | Dividend | J | T | | | | | |
| 58. WILLIAM BLAIR GROWTH | | None | | | Sold | 4/27/11 | J | C | |
| 59. | | | | | | | | | |
| 60. LEUTHOLD ASSET ALLOCATION (Y) | | | | | | | | | |
| 61. LISTED PRIVATE EQUITY FUND A (Y) | | | | | | | | | |
| 62. TRUST #1 | | | | | | | | | |
| 63. COMMON STOCK: | | | | | | | | | |
| 64. GOOGLE INC (Y) | | | | | | | | | |
| 65. APPLE COMPUTER INC (Y) | | | | | | | | | |
| 66. UNITEDHEATH GROUP INC (Y) | | | | | | | | | |
| 67. BOEING CO (Y) | | | | | | | | | |
| 68. HEWLETT PAC COMPANY (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MASON, MICHAEL T. | 06/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JP MORGAN CHASE & CO (Y) | | | | | | | | | |
| 70. AMERICAN INTL GROUP INC (Y) | | | | | | | | | |
| 71. GENERAL ELECTRIC COMPANY (Y) | | | | | | | | | |
| 72. MCDONALDS CORP | A | Dividend | J | T | | | | | |
| 73. TIME WARNER INC (Y) | | | | | | | | | |
| 74. CHEVRON TEXACO CORP (Y) | | | | | | | | | |
| 75. CONOCOPHILLIPS COM (Y) | | | | | | | | | |
| 76. KOHLS (Y) | | | | | | | | | |
| 77. SCHWAB CHARLES CORP (Y) | | | | | | | | | |
| 78. CISCO SYSTEM INC (Y) | | | | | | | | | |
| 79. HYPO REAL ESATE HLDG AG (Y) | | | | | | | | | |
| 80. MEDCO HEALTH SOLUTIONS (Y) | | | | | | | | | |
| 81. SPDR TR UNIT SER 1 | | None | L | T | | | | | |
| 82. PHILIP MORRIS INTL IN (X) | | None | J | T | | | | | |
| 83. ISHARES RUSSELL 2000 (Y) | | | | | | | | | |
| 84. T ROWE PRICE INTL FDS EMRG | | None | J | T | Sold (part) | 05/05/11 | J | A | |
| 85. ISHARES TR RUSSELL 1000 GROWTH INDEX | | None | J | T | Sold (part) | 05/5/11 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DREYFUS GREATER CHINA CL A | | None | J | T | Buy | 05/05/11 | J | | |
| 87. | | | | | Sold (part) | 8/14/11 | J | A | |
| 88. ISHARES TR FTSE XINHUA HK CHINA 25 INDEX/464287184 | | None | J | T | Buy | 5/5/11 | J | | |
| 89. | | | | | Sold (part) | 5/5/11 | J | A | |
| 90. ISHARES TR MSCI EAFE INDEX FD (X) | | None | J | T | Sold (part) | 5/5/11 | J | C | |
| 91. ISHARES TR RUSSELL 1000 VALUE INDEX FD | | None | J | T | Sold (part) | 5/5/11 | J | A | |
| 92. LEUTHOLD ASSET ALLOCATION FD | | None | | | Sold | 4/27/11 | J | B | |
| 93. ISHARES GOLD TRUST ISHARES ISIN #US46428 464285105 | A | Dividend | J | T | | | | | |
| 94. BONDS: | | | | | | | | | |
| 95. ILLINOIS STATE COLLEGE SAVINGS G/O RFGD | | None | J | T | | | | | |
| 96. MINNEAPOLIS,MN COMMUNITY DEVELOPMENT AGENCY (X) | | None | K | T | | | | | |
| 97. | | | | | | | | | |
| 98. MONEY MARKET FUNDS: | | | | | | | | | |
| 99. CEF TAX EXEMPT MONEY MARKET PORTFOLIO | A | Dividend | J | T | | | | | |
| 100. | | | | | | | | | |
| 101. ACCOUNTS: | | | | | | | | | |
| 102. CITI BANK | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MASON, MICHAEL T. | 06/22/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NORTHERN TRUST BANK | A | Interest | J | T | | | | | |
| 104. | | | | | | | | | |
| 105. TRUST #3 | | | | | | | | | |
| 106. WELLS FARGO BANK | A | Distribution | J | T | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MASON, MICHAEL T. | 06/22/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Children's Trust #1 - As the 2009 report indicates, the asset, Lincoln Money Market Account matured and should not have been reported on the 2010 financial disclosure report.

Children's Trust #2 - A mutual fund account listed as Van Kampen Equity & Income is reported on the 2010 financial disclosure report.

Trust #3 - Asset that should have been listed - Wells Fargo Bank. This amended report has been amended to reflect this information accordingly.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MICHAEL T. MASON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544